UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| **JENNIE ROBERTS** | ) | |
| | ) | |
| **v.** | ) | NO. 2:09-0005 |
| | ) | JUDGE ECHOLS |
| **DOLGENCORP, INC., ET AL.** | ) | |

**O R D E R**

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE