IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JENNIE ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:09-0005 |
| | ) | Judge Trauger |
| DOLGENCORP, INC. and | ) | Magistrate Judge Knowles |
| DOLGENCORP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby **ORDERED** that the plaintiff shall respond to the Defendants' Motion For Summary Judgment (Docket No. 30) by October 22, 2010, and the defendants may file an optional reply by November 5, 2010.

It is so **ORDERED**.

ENTER this 27th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge