UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| JENNIE ROBERTS, | ) |
| **Plaintiff,** | ) ) ) ) ) Case No. 2:09-0005 ) Judge Trauger |
| v. | ) ) |
| DOLGENCORP, INC. and DOLGENCORP, LLC, | ) ) ) |
| **Defendants.** | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion for Summary Judgment (Docket No. 30) is **GRANTED** and this case is **DISMISSED**. The defendants' Motion to Strike (Docket No. 45) is **DENIED AS MOOT**. The related cases (1:09-0003, 2:09-0004, 2:09-0006, 2:10-0042, 3:09-0042, 3:09-0043, 3:09-0044, 3:09-0045, 3:09-0046, 3:09-0047, 3:09-0048, 3:09-0049, 3:09-0050, 3:09-0051, 3:09-0052, 3:09-0053, 3:09-0054, 3:09-0055, 3:09-0056, 3:10-0424) are **STAYED** pending notice from the parties, within twenty- eight days from the date of entry of this Order, how they wish to proceed with this and the related litigation. Such notice shall be filed in this case.

It is so ordered.

Enter this 18th day of November 2010.

_____
ALETA A. TRAUGER
United States District Judge