Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COOKEVILLE

| | |
|---|---|
| JENNIE ROBERTS,<br><br>Plaintiff,<br><br>vs.<br><br>DOLGENCORP, INC., ET AL.,<br><br>Defendants. | NO. 2:09-cv-00005<br>JUDGE ECHOLS<br>MAGISTRATE JUDGE KNOWLES |

## NOTICE OF JOINT STIPULATION

Pursuant to LR54.01,[1] Defendant Dolgencorp, Inc. ("Defendant") and Plaintiff Jennie Roberts ("Plaintiff") ("The Parties") file this joint stipulation with respect to the costs incurred by Defendant.

Judgment having been entered in the above entitled action on November 18, 2010 against Plaintiff Jeannie Roberts, the Clerk is requested to tax the following as costs: $1,747.30. Specifically, $429.65 was incurred in costs related to fees for exemplification and the costs of making copies of materials that were necessarily obtained for use in the case.[2] Additionally, $1,317.65 was incurred for printed or electronically recorded transcripts obtained for use in the case.[3] The Parties stipulate that these costs were reasonable in amount and necessary to the defense of this matter.

---

[1] LR54.01 provides in relevant part, "[W]hen counsel for the litigants in a civil case are able to agree on costs, they need not file a cost bill with the Clerk," thus, the Parties file this Joint Stipulation in lieu of Defendant filing a Bill of Costs.

[2] Such fees are evidenced in receipts from an outside vendor for copy fees, receipts are attached hereto at Exhibit A.

[3] A true and accurate copy of the receipt of the court reporter for the transcript of Plaintiff Jennie Roberts is attached hereto at Exhibit B.

**NOTICE OF JOINT STIPULATION – Page 1**
DB1/66214031.1